No. 95–9051.  OTTE v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–9053.  BANKS v. SIKES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 95–9055.  BLAKE v. MURRAY ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–9057.  BUTLER v. NEW YORK (two judgments).  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 95–9058.  MITCHELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 95–9059.  HOOVER v. SUFFOLK UNIVERSITY LAW SCHOOL ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 95–9062.  FISHER v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 95–9065.  HOWARD v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 95–9066.  GREENLAW v. DALTON, SECRETARY OF THE NAVY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–9067.  HUBBARD v. DORSEY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–9068.  SAWYER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 95–9069.  COE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 95–9072.  FULLER v. POLICE DEPARTMENT OF BOSSIER CITY ET AL.  C. A. 5th Cir.  Certiorari denied.